# Third District Court of Appeal

## State of Florida

Opinion filed July 9, 2014

_____

No. 3D12-321
Lower Tribunal No. 92-18377

_____

**E.I. DuPont De Nemours & Company, Inc.,**
Appellant,

vs.

**Claire J. Sidran, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Amy Steele Donner, Judge.

Boies, Schiller & Flexner, Stephen N. Zack and Andrew Brenner; Hicks, Porter, Ebenfeld & Stein and Gary Magnarini; Shook, Hardy & Bacon, Edward A. Moss, Humberto H. Ocariz, and Thomas M. Sherouse, for appellant.

Arnold R. Ginsberg; Ratiner & Mirabal and Robert Ratiner, for appellees.

Before WELLS, SUAREZ, and SCALES, JJ.

*On Motion for Rehearing and Clarification*

WELLS, Judge.

On consideration of the Sidrans' motion for rehearing and clarification and DuPont's response, we grant the Sidrans' motion, in part. This Court's opinion filed April 23, 2014 is corrected solely as to the penultimate sentence of that opinion which should read:

The order on appeal is therefore reversed and the cause remanded for an expedited trial on the merits of the Sidrans' liability claims and DuPont's defenses thereto, with no further amendments.